[No. 23256-1-II. Division Two. September 3, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. BRENDA LYNN
MANGAN, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 97-1-03157-7, Arthur W. Verharen, J., entered April 30, 1998. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Bridgewater, C.J., and Hunt, J.

[No. 23366-5-II. Division Two. September 3, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. EDDY DANIEL
SANDOVAL, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 98-1-00267-4, Christine A. Pomeroy, J., entered May 28, 1998. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Morgan and Houghton, JJ.

[No. 23518-8-II. Division Two. September 3, 1999.]

THE STATE OF WASHINGTON, *Appellant*, v. AARON WADE
RIDLING, *Respondent*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 97-1-00781-7, Randolph Furman, J., entered May 28, 1998. *Reversed* by unpublished opinion per Seinfeld, J., concurred in by Morgan and Houghton, JJ.